# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br>**RAMOS ALICEA, JOSE ALADINO** <br>**SANCHEZ GONZALEZ, LUCIRIS I** <br><br><br>DEBTOR(S) | **CASE NUMBER**: 10-05746 **(ESL)** <br><br>ASSET CASE <br>(Chapter 7) |
|---|---|

## MOTION FOR SALE OF VESSEL AT PRIVATE-PUBLIC SALE
## FREE AND CLEAR OF LIENS

**WIGBERTO LUGO MENDER**, the undersigned trustee represents that he will sell at private-public sale property of debtors' state as described below:

### 2000 Sea Ray 380, Sundancer Cabin Cruiser
All Fiberglass Reinforced Plastic constructed, Deep-V Hull configured,
Vessel is propelled by (2) Inboards Turbo Diesels Engines.
Vessels exhibiting a fair condition but in need of repairs and maintenance.

** A set of full color pictures of the boat is attached to this notice of sale. **

## TERMS AND CONDITIONS:

1.     Sale shall be free and clear of liens; such liens, if any, shall attach to proceeds. See 11 U.S.C. § 363(f).  Upon the undersigned inspection at the corresponding public records entity there are no identified liens or encumbrances over the boat subject of this sale.  <u>The vessel appears free and clear of liens</u>.

2.     The Trustee hereby informs that, through the services of the appointed Marine Sales Broker, he has obtained a private offer from this boat Mrs. Maria Carballosa de Dominguez.  The amount offered for this vessel is $55,000.00.

3.     There is no recent survey or appraisal report performed for this boat.  Nonetheless, the trustee believes that the price obtained in this private offer is reasonable since after conducting marketing efforts to this date this is the best firm offer received.  This is the best interested party and offer

obtained, given the current used boat market conditions in Puerto Rico.

4. In compliance with LBR 6004-1, the undersigned trustee states that in his best business judgment and after conducting reasonable marketing efforts, the proposed sale price is at least equal to or more than the actual value of the property.

5. Unless a party in interest files a written objection, with a copy thereof served to the Trustee, or a better offer is received within the prescribed period of twenty days, the trustee will complete the sale contemplated herein and adjudicate the sale to the best firm offeror, being at this time that presented by Mrs. Maria Carballosa de Dominguez. .

6. In the event that a better firm offer is received within the prescribed period of twenty one days from this notice, an auction will be scheduled to allow for the public bidding of this vessel. The minimum amount to be considered as a better offer shall be **$60,000.00** and a 5% deposit will be required from any potential bidder to participate at an auction. In the event that an objection is filed, the Court will schedule a hearing.

7. In the event that a public auction is conducted, the sale will be adjudicated to the highest bidder, except when the trustee, at his sole discretion, rejects any bids that does not comply with this notice or does not represent a fair price for the property to be sold.

8. In the event that a public auction is conducted, full payment of the sales price shall be required from the bidder to whom the sale is adjudicated payable in cash or check, upon adjudication at the auction.

9. The vessel shall be transferred on an "**AS IS**" "**WHERE IS**", and **"WITH ALL FAULTS"** basis. **THE TRUSTEE EXPRESSLY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES OF MECHANICAL FITNESS FOR A PARTICULAR PURPOSE.**

All risk of loss shall pass to the buyer upon adjudication of the sale by the trustee. No seatrial has been conducted on this boat nor can be requested at this time given the current location of the boat.

10. Sales adjudicated at the auction are final and shall constitute an enforceable contract between the trustee and the buyer(s).

11. Buyer shall remove the vessel purchased from the current storage location not later than 5 days following payment of the full purchase price, at buyer's sole cost and risk. Failure to remove the property from the premises as and when provided herein shall entitle the trustee to void the sale, and the deposit as well as any other moneys given shall be deemed forfeited for the benefit of the estate.

12. Regarding disbursements to be completed by the trustee from the proceeds of this sale the same will be as follows:

     a) Title transfer recording fees and stamps payable to "Departamento de Recursos Naturales y Ambientales de Puerto Rico - Oficina del Comisionado de Navegación" estimated in the amount of **$ 200.00** are to be paid by the trustee in full from the gross proceeds at the time of closing.

     b) Administrative Fines recorded against the boat payable to "Departamento de Recursos Naturales y Ambientales de Puerto Rico - Oficina del Comisionado de Navegación" estimated in the amount of **$ 4,800.00** are to be paid by the trustee in full from the gross proceeds at the time of closing.

13. Since the date of filed, this vessel has been stored at Marina Puerto del Rey, Ceiba. The amount of outstanding storage fees claimed by Marina Puerto del Rey, Inc., is **$42,888.62**. From this balance, the amount of **$33,400.05** correspond to storage fees accrued after the date of the filing of the instant petition. Pursuant to 11 U.S.C. Section 503, the amount of **$6,414.65** plus any additional charges accrued up to closing date is entitled to administrative status and will be paid in cash and in full from gross proceeds. Any and all balance due accrued prior to the filing of the bankruptcy petition and in excess of this amount will be classified as a general unsecured claim subject to distribution pursuant the provisions of 11 U.S.C. Section 726.

14. The property subject of this sale may be inspected by potential buyers and other parties in interest upon appointment with the undersigned trustee and the appointed marine sales broker.

NOTICE IS HEREBY GIVEN that no liens or secured creditors have been identified that may encumber the vessel subject of this sale. Any purported creditor with a valid and enforceable lien over the assets of this estate shall inform the trustee or objected to this sale within the next **TWENTY ONE (21) DAYS** from the Date of this Notice, in order have its claim considered within the sale of these assets.

NOTICE IS FURTHER GIVEN that unless a party in interest files a written objection, with a copy thereof served to the trustee, within **TWENTY ONE (21) DAYS** from the Date of this Notice, the trustee will conduct the sale contemplated herein and will adjudicate the sale(s) upon the terms herein set forth. Should a timely objection be filed, a hearing on such objection will be scheduled by the Court.

**WHEREFORE,** the undersigned trustee respectfully prays this Honorable Court for the approval of this sale, free and clear of liens and encumbrances, pursuant the terms and conditions detailed above, and to order any further relief as may be deemed appropriate.

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system

**I hereby Certify That**: Copy of this notice **with all the exhibits** has been hand delivered to: the **United States Trustee's Office**, Ochoa Building, 500 Tanca Street, Suite 301, Old San Juan, Puerto Rico; and has been served by First Class certified mail to: **Jose A Ramos Alicea & Luciris Sanchez Gonzalez (Debtor)** PO Box 194770, San Juan, PR 00919; **Felix Zeno Gloro, Esq. (Attorney for Debtor)** to P.O. Box 1945, Arecibo, PR 00613-1945; **Secretario de Recursos Naturales y Ambientales de Puerto Rico** c/o **Hon. Daniel J Galan Kercado** P.O Box 9066600, Puerta de Tierra Station, San Juan00906-6600; **Oficina del Comisionado de Navegación c/o Enrique Perez Prado** P. O. Box 366147 San Juan, Puerto Rico 00936; **Secretario de Justicia de Puerto Rico** c/o **Hon. Guillermo Somoza Colombani** Apartado 9020192 San Juan, Puerto Rico 00902-0192 and **Marina Puerto del Rey, Inc.** PO Box 1186, Fajardo, PR 00738-1186

**I further certify that:** Copy of this notice **without exhibits** has been served by First Class Mail to all creditors and other parties in interest, as detailed in the enclosed Master Address List.

**I further certify that** copy of this Notice will be posted on the bulletin board at Ochoa **Building**

In Guaynabo, Puerto Rico, this 20 day of April of 2011.

*s/Wigberto Lugo Mender*
Wigberto Lugo Mender, Trustee
Centro Internacional de Mercadeo
Carr 165, Torre 1, Suite 501
Guaynabo, PR 00968
Tel. (787) 707-0404
Fax. (787) 707-0412
trustee@lugomender.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-05746-ESL7<br>District of Puerto Rico<br>Old San Juan<br>Wed Apr 20 15:40:10 AST 2011 | BANCO POPULAR PR (VTQ)<br>MARTINEZ & TORRES LAW OFFICES<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 | GE MONEY BANK (HOME DEPOT)<br>C/O Recovery Management Systems Corp.<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL 33131-1605 |
| ORIENTAL BANK & TRUST<br>PO BOX 11750<br>SAN JUAN, PR 00910-2850 | R&G MORTGAGE CORPORATION<br>CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| 654 PLAZA ASSOCIATES<br>C/O LCDO. JOSE GONZALEZ GONZALEZ<br>PO BOX 12011<br>SAN JUAN, PR 00914-0011 | AGUSTIN CRESPO<br>C/O LCDA LUCY QUINONES<br>856 AVE SAN PATRICIO<br>SAN JUAN PR 00921-1308 | ALEJANDRO TIRADO LOPEZ<br>APTO. 404-CONDO MONTESOL<br>#44 CALLE AREKA<br>GUAYANBO, PR 00969-6860 |
| AMERICAN EXPRESS<br>PO BOX 360001<br>FORT LAUDERDALE, FL 33336-0001 | AMERICAN INTL INSURANCE CHARTIS<br>C/O LCDO HECTOR SALDANA EGOZCUE<br>250 AVE MU;OZ RIVERA 5TO PISO<br>HATO REY PR 00918 | AMEX<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| AMEX<br>C/O BECKETT & LEE<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | AMEX<br>P.O. BOX 981537<br>EL PASO, TX 79998-1537 | AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329-7871 |
| ANDRE L AGOSTINI BRIGANTI<br>URB ESTANCIAS DEL BOSQUE<br>#326 NOGALES<br>CIDRA, PR 00739 | ARIEL PAGAN RODRIGUEZ<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 | ARJC CONSTRUCTION<br>C/O LCDO RAMON L VINAS BUESO<br>856 AVE SAN PATRICIO<br>SAN JUAN PR 00921-1308 |
| ARPE<br>C/O LCDO VICTOR HERNANDEZ SANCHEZ<br>APTDO 9020192<br>SAN JUAN PR 00902-0192 | ASOCIACION DE RESIDENTES SAN PEDRO ESTATES I<br>PO BOX 4069<br>BAYAMON PR 00958-1069 | ASTRID J LOPEZ MOREAU<br>APTO. 1104-CONDO. MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 |
| AUTORIDAD DE ENERGIA ELECTRICA PR<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | AXESA SERVICIOS DE INFORMACION<br>PO BOX 70373<br>SAN JUAN, PR 00936-8373 | BANCO POPULAR DE PUERT<br>209 MUNOZ RIVERA AVE<br>SAN JUAN, PR 00918-1000 |
| BANCO POPULAR DE PUERT<br>GPO BOX 3229<br>SAN JUAN, PR 00936 | BANCO POPULAR DE PUERTO RICO<br>MARTINEZ & TORRES LAW OFFICES, P.S.C.<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 | BBVA<br>C/O LCDO ANGEL L ALICE PARES<br>COND EL CENTRO I OFIC 211 - 214<br>AVE MUNOZ RIVERA<br>SAN JUAN PR 00918-3399 |
| BLANCA T COLON REYES<br>APTO. 302-CONDO MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 | BP-CRLINE<br>GPO BOX 2708<br>SAN JUAN, PR 00960 | BRENDALI SIERRA RAMOS<br>2D-23 NOGAL AVE.<br>LOMAS VERDES<br>BAYAMON, PR 00956-3433 |

| | | |
|---|---|---|
| BUFETE JULIETTE DONATO BOFILL, C.S.P.<br>GARDEN HILLS PLAZA MSC 357<br>1353 CARR 19<br>GUAYNABO, PR  00966 | CAMELIA MUNOZ PANDO<br>316 NE 7th AVENUE<br>FORT LAUDARDALE, FL 33301-1600 | CARLOS A CONTRERAS MORENO<br>C/O LCDO HUMBERTO GUZMAN<br>644 AVE FERNANDEZ JUNCOS SUITE 501<br>SAN JUAN PR 00907-3184 |
| CARMEN E RODRIGUEZ RIOS<br>APTO. 1404-CONDO. MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 | CASIANO COMMUNICATION<br>PO BOX 12130<br>SAN JUAN, PR  00914-0130 | CEMENTERIO PARQUE DE LUZ<br>APARTADO 1569<br>SAN JUAN PR 00960 |
| CICA COLLECTION AGENCY<br>PO BOX 12338<br>SAN JUAN PR 00914-0338 | CINGULAR<br>PO BOX 192830<br>SAN JUAN PR 00919-2830 | CITI<br>CITI MASTERCARD<br>PROCESSING CENTER<br>DES MOINES, IA  50364-0001 |
| COLEGIO DE ARQUITECTOS DE PR<br>PO BOX 41176<br>SAN JUAN, PR  00940-1176 | COLLECTION AND MANAGEMENT ASSISTANCE, IN<br>CAPITAL CENTER SOUTH TOWER<br>239 ARTERIAL HOSTOS AVE., SUITE 1102<br>SAN JUAN, PR 00918-1441 | CONSULTORIA PROFESIONAL<br>LCDA MARIE CARMEN RAMOS DESZENDREY<br>PMB #492 PO BOX 7891<br>GUAYNABO, PR  00970-7891 |
| COUNTERFORCE USA<br>PO BOX 266699<br>HOUSTON, TX  77207-6699 | COUNTERFORCE USA<br>PO BOX 650540<br>DALLAS, TX  75265-0540 | CREDIT MANAGEMENT SERVICE<br>PO BOX 931<br>BROOKFIELD, WI  53008-0931 |
| CRESCA CORPORATION<br>PMB 92 PO BOX 71325<br>SAN JUAN, PR 00936-8425 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 | DENNIS IRIZARRY MATOS<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 |
| DIDRIANA LEAL LLENIN<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 | EDWIN A PEREZ MERINO<br>URB. LA SERRANIA<br>L-211<br>CAGUAS, PR  00725 | ELA<br>LCDO VICTOR HERNANDEZ SANCHEZ<br>APTDO 9020192<br>SAN JUAN PR 00902-0192 |
| ELENA TIRADO PEREZ<br>PO BOX 13686<br>SAN JUAN, PR  00908-3686 | ENRIQUE VEGA NEGRON  NATIVIDAD GONZALEZ PONC<br>PO BOX 1676<br>TRUJILLO ALTO PR 00977-1676 | ENRIQUE VEGA NEGRON & NATIVIDAD PONCE<br>BOX 1676<br>TRUJILLO ALTO, PR 00977-1676 |
| EUROBANK<br>PO BOX 191009<br>SAN JUAN, PR  00919-1009 | FERNANDO ORTIZ CARDONA<br>C/O LCDO NELSON N CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 | FIRST MORTGAGE<br>C/O CLDO FERNANDO J VALDERRABANO<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 |
| FIRST REVENUE ASSURANCE<br>PO BOX 3020<br>ALBUQUERQUE NM 87190-3020 | FRANCINE DIAZ VALMAA<br>APTO. 1304-CONDO. MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 | GABRIELA SIFRE SANTAELLA<br>MORADILLA #136 MILAVILLE<br>RIO PIEDRAS, PR 00926-5123 |

| | | |
|---|---|---|
| GERARDO SANTIAGO FUENTES<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 | GONZALEZ & MORALES, PSC<br>PO BOX 10242, CUH STATION<br>HUMACAO, PR 00792-1300 | HATO REY PATHOLOGY<br>PO BOX 366527<br>SAN JUAN, PR 00936-6527 |
| HR REAL ESTATE<br>654 PLAZA SUITE 933<br>654 MUNOZ RIVERA AVENUE<br>SAN JUAN, PR 00918-4123 | IGNA REBECCA MONTOTO RAMIREZ<br>C/O LCDO. FRANCISCO FERNANDEZ CHIQUES<br>PO BOX 6749<br>SAN JUAN, PR 00914-6749 | INALVIS APONTE RIVERA<br>APTO. 1104-CONDO. MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 |
| ING DAVID MC CLOSKEY<br>10 CHARDON AVENUE<br>HATO REY PR 00918 | INSTANT PRINT CORPORATION<br>PO BOX 190540<br>SAN JUAN, PR 00919-0540 | ISAAC SERRANO RODRIGUEZ<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 |
| IVETTE JIMENEZ BARLUCEA<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 | JAVIER FRAUD ORTEGA<br>C/O LCDO RAMON L VINAS BUESO<br>856 AVE SAN PATRICIO<br>SAN JUAN PR 00921-1308 | JOHN HANCOCK LIFE INSURANCE<br>354 PLAZA, SUITE 1050<br>654 MUNOZ RIVERA<br>SAN JUAN, PR 00918-4123 |
| JORGE PIERO<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 | JOSE A RODRIGUEZ PEREZ<br>C/O ANGIE M RIVERA<br>APTO. 1001-CONDO. MONTESOL #44 CALL<br>GUAYNABO, PR 00969 | JOSE C MENDEZ LATALLADI<br>C/O MARUXA DUMONT LOPEZ<br>URB VILLA UCAR B-18 CALLE ROBLES<br>SAN JUAN, PR 00926-6822 |
| JOSE ENRIQUE RIVERA DAVILA<br>C/O LCDO CARLOS H RAFUCCI CARO<br>PMB 337 PO BOX 194000<br>SAN JUAN PR 00919-4000 | JOSE L IGLESIAS IRIZARRY<br>C/O ELBA I GARCIA DE LA NOCEDA ORTIZ<br>PO BOX 3375<br>GUAYNABO, PR 00970-3375 | JOSE M RODRIGUEZ ODUM<br>C/O LCDA LUCY QUINONES<br>856 AVE SAN PATRICIO<br>SAN JUAN PR 00921-1308 |
| JOSE MARRERO BASSO<br>C/O SOMARIS PADIN RUIZ<br>PO BOX 3484<br>GUAYNABO, PR 00970-3484 | JOSE R CACERES CACERES<br>C/O AWILDA SALAS PAGAN<br>PO BOX 3682<br>GUAYNABO, PR 00970-3682 | JUNTA DE PLANIFICACION<br>C/O LCDO VICTOR HERNANDEZ SANCHEZ<br>APTDO 9020192<br>SAN JUAN PR 00902-0192 |
| KELLY MEADOWS MARQUEZ<br>APTO. 102-CONDO MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 | LAS VILLAS DE PALMAS I<br>C/O LCDA. SONIMAR LOZADA RODRIGUEZ<br>URB MONTE CLARO MC 13 PLAZA 4<br>BAYAMON, PR 00961 | LCDA MARIA I CORDOVA ITURREGUI<br>PO BOX 1539<br>GUAYNABO, PR 00970-1539 |
| LCDA SONIMAR LOZADA RODRIGUEZ<br>URB MONTE CLARO<br>MC 13 PLAZA 4<br>BAYAMON, PR 00961-4728 | LCDA VELMA E DIAZ CARRASQUILLO<br>PO BOX 361508<br>SAN JUAN, PR 00936-1508 | LCDO FRANCISCO FERNANDEZ CHIQUES<br>PO BOX 9749<br>SAN JUAN, PR 00908-0749 |
| LCDO GIOVANNI COLBERG LUCIANO<br>AVE ASHFORD 1124, SUITE 2-A<br>SAN JUAN, PR 00907-1260 | LCDO JOSE GONZALEZ GONZALEZ<br>PO BOX 12011<br>SAN JUAN, PR 00914-0011 | LCDO JOSE L NOVAS DUENO<br>PO BOX 502<br>LUQUILLO PR 00773-0502 |

| | | |
|---|---|---|
| LCDO JUAN COBIAN<br>PO BOX 9020567<br>SAN JUAN, PR 00902-0567 | LEADING EDGE RECOVERY SOLUTIONS<br>PO BOX 129<br>LINDEN, MI 48451-0129 | LEONIDAS ALMONTE MEDINA<br>PO BOX 6705<br>CAGUAS PR 00726-6705 |
| LUIS F VEGA PALACIOS<br>PO BOX 6471<br>SAN JUAN, PR 00914-6471 | LUIS RODRIGUEZ<br>C/O NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 | LUZ E CAEZ LOPEZ<br>APTO. 103-CONDO MIRASOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 |
| LVNV FUNDING LLC<br>PO BOX 740281<br>HOUSTON, TX 77274-0281 | MANUEL B. FREIRA SANCHEZ<br>APTO. 901-CONDO. MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 | MAPFRE<br>C/O LCDO IAN P CARVAJAL<br>PO BOX 70333<br>SAN JUAN PR 00936-8333 |
| MAREL CORPORATION<br>PO BOX 363506<br>SAN JUAN, PR 00936-3506 | MARELISA BALBUENA HEATH<br>C/O LCDO CARLOS DIAZ OLIVO<br>644 AVE FERNANDEZ JUNCOS SUITE 501<br>SAN JUAN PR 00907-3184 | MARIA ENCARNACION BERRIOS<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 |
| MARIA ESPINOSA MIRANDA<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOC 11609<br>SAN JUAN, PR 00910-2709 | MARIA MERCEDES CORDOVA<br>C/O LCDAMARIA I CORDOVA ITURREGUI<br>PO BOX 1539<br>GUAYNABO, PR 00970-1539 | MARIE CARMEN RAMOS SZENDREY<br>METROPOLITAN PROFESSIONAL PARK<br>CARR 21, #1781 OFICINA 802-804 LAS<br>SAN JUAN, PR 00936 |
| MARINA PUERTO DEL REY<br>PO BOX 1186<br>FAJARDO, PR 00738-1186 | MAYOL-BIANCHI P.S.C.<br>LAW OFFICES<br>CENTRO INTL DE MERCADEO TORRE I, SUITE 6<br>GUAYNABO, PR 00968 | MERCEDES BENZ FINANCIAL<br>2050 ROANOKE RD<br>WESTLAKE, TX 76262-9616 |
| MIGUEL MITCHEL LEON<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 | MRS ASSOCIATES INC<br>1930 OLNEY AVE<br>CHERRY HILL NJ 08003-2016 | MUNICIPIO DE SAN JUAN<br>DEPARTAMENTO DE FINANZAS<br>PO BOX 70179<br>SAN JUAN, PR 00936-8179 |
| MYRIAM AGUILU<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 | NANCY BERRIOS BAEZ<br>APTO. 1101- CONDO. MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 | NANNETE BERRIOS HADDOCK<br>URB SANTA CLARA<br>ROBLE BLANCO G-2<br>GUAYNABO, PR 00969-6810 |
| NATIONAL INSURANCE COMPANY<br>C/O LCDO ENRNESTO ROVIRA GANDARA<br>PO BOX 923708<br>SAN JUAN PR 00902-1609 | NATIONWIDE CREDIT, INC<br>PO BOX 740640<br>ATLANTA, GA 30374-0640 | NETCY NEGRON<br>PMB 253 PO BOX 4960<br>CAGUAS, PR 00726-4960 |
| NOLAND OTERO<br>C/O LCDO NELSON N. CORDOVA MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 | NORA RODRIGUEZ RIOS<br>APTO. 1401-CONDO. MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 | ORIENTAL BANK & TRUST (Eurobank)<br>P.O BOX 192099<br>SAN JUAN P.R 00919-2099 |

| | | |
|---|---|---|
| ORIENTAL FINANCIAL GROUP<br>997 SAN ROBERTO STREET<br>SAN JUAN, PR  00926 | PALMAS DEL MAR COUNTRY CLUB<br>PO BOX 71322<br>SAN JUAN, PR  00936-8422 | PALMAS DEL MAR HOME OWNERS ASSOC.<br>C/O GONZALEZ & MORALES, PSC<br>PO BOX 10242, CUH STATION<br>HUMACAO, PR 00792-1300 |
| PALMAS DEL MAR UTILITY<br>C/O PDM UTILITY CORP<br>PO BOX 71434<br>SAN JUAN, PR  00936-8534 | PARADISE POOLS OF PR<br>C/O QUALITY INC.<br>PO BOX 20994<br>SAN JUAN, PR 00928-0994 | PAULETTE SOTO PAGAN<br>C/O LCDA MARIA I CORDOVA ITURREGUI<br>PO BOX 1539<br>GUAYNABO, PR  00970-1539 |
| POPULAR MORTGAGE<br>C/O LCDA CLARISA SOLA GOMEZ<br>AVE JESUS T PINERO 1901<br>SAN JUAN PR 00920-5614 | PORTICOS DE SANTA CLARA SE<br>C/O LCDO CARLOS DIAZ OLIVE<br>644 AVE FERNANDEZ JUNCOS SUITE 501<br>SAN JUAN PR 00907-3184 | PRESTIGE PROPERTY MANAGEMENT<br>PMB 253 PO BOX 4960<br>CAGUAS, PR  00726-4960 |
| PROFESSIONAL RECORDS AND INFORMATION MAN<br>PO BOX 13323<br>SAN JUAN, PR 00908-3323 | PRTC<br>PO BOX 70239<br>SAN JUAN, PR 00936-8239 | R G MORTGAGE CORP<br>280 JESUS T PINERO AVE<br>HATO REY, PR  00919 |
| R&G MORTGAGE CORPORATION<br>CARDONA-JIMENEZ LAW OFFICE, PSC<br>P.O. BOX 9023593<br>SAN JUAN, PR  00902-3593 | RAFAEL GUTIERREZ MESA<br>C/O LCDA MARIA I CORDOVA ITURREGUI<br>PO BOX 1539<br>GUAYNABO, PR  00970-1539 | RAFAEL SANTIAGO RUIZ<br>APTO. 1305-CONDO. MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 |
| RAFAEL YULIAN SCHZWARZ<br>APTO. 1501-CONDO. MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 | RG PREMIER BANK<br>C/O LCDO JOHN GARCIA<br>PO BOX 362394<br>SAN JUAN PR 00936-2394 | ROCHELY CRUZ OTERO<br>APTO. 1402-CONDO. MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 |
| ROLANDO FANTAUZZI HUERTAS<br>APTO. 304-CONDO. MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 | RONALD NIEVES INFANZON<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 | SAMRY BURGOS IZSCHOPPE<br>C/O CAROLINA BARRARDINI LUGO<br>CALLE PERLA #5, SANTA CLARA<br>GUYANABO, PR 00969-6854 |
| SANTANDER MORTGAGE CORP<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 | SANTANDER MORTGAGE GROUP<br>C/O LCDO ERASMO REYES PENA<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | SEARS<br>PENSION SERVICE CENTER<br>PO BOX 56856<br>JACKSONVILLE, FL 32241-6856 |
| SIMPLICITY PLAN OF PR<br>PO BOX 71481<br>SAN JUAN, PR  00936-8581 | SOL MELIA VACATION CLUB<br>9500 S. DADELAND BLVD.<br>SUITE NO. 300<br>MIAMI, FL 33156-2824 | SOLANGIE PABON SUAREZ<br>C/O LCDA MARIA I CORDOVA ITURREGUI<br>PO BOX 1539<br>GUAYNABO, PR  00970-1539 |
| TRANSWORLD SYSTEMS INC.<br>TRES RIOS #27<br>GONZALEZ GIUSTI 601<br>GUAYNABO, PR  00968 | TURABO TESTING<br>PO BOX 6705<br>CAGUAS PR 00726-6705 | VICTOR E RIVERA CONTRERAS<br>C/O LCDO HUMBERTO GUZMAN<br>644 AVE FERNANDEZ JUNCOS SUITE 501<br>SAN JUAN PR 00907-3184 |

| | | |
|---|---|---|
| YADIRA REGUEIRA ALVAREZ<br>APTO. 1605-CONDO MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 | YIMAR CARRION TORRES<br>APTO. 902-CONDO-MONTESOL<br>#44 CALLE AREKA<br>GUAYNABO, PR 00969-6860 | ZULEIKA ORTIZ BONILLA<br>C/O LCDO NELSON N. CORDOVA-MORALES<br>PO BOX 11609<br>SAN JUAN, PR 00910-2709 |
| FELIX M ZENO GLORO<br>PO BOX 1945<br>ARECIBO, PR 00613-1945 | JOSE ALADINO RAMOS ALICEA<br>PO BOX 194770<br>SAN JUAN, PR 00919-4770 | LUCIRIS IVELISSE SANCHEZ GONZALEZ<br>PO BOX 194770<br>SAN JUAN, PR 00919-4770 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | WIGBERTO LUGO MENDER<br>LUGO MENDER & CO<br>CENTRO INTERNACIONAL DE MERCADEO<br>CARR 165 TORRE 1 SUITE 501<br>GUAYNABO, PR 00968 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)CINGULAR
PO BOX 192830
SAN JUAN, PR 00919-2830

End of Label Matrix
Mailable recipients    157
Bypassed recipients      1
Total                  158

**E J JIMENEZ & CO.**
Independent Certified Marine Surveyor
Licensed Maritime Loss Adjuster
Yacht Engineering Consultant

Member:
National Assoc. of Marine Surveyors (NAMS)
Society of Naval Architects & Marine Engineers
American Society of Naval Engineers

(Bts 210-8814)

## Condition and Valuation Survey Report
## M/V "PALUAN" Hull # SERF7555G900

At the request of Carlos Contreras the undersigned Marine Surveyor conducted inspection of captioned vessel while she laid in Afloat at Marina Puerto del Rey, Fajardo, Puerto Rico, with the purpose of ascertaining condition and valuation factors for Financial and Insurance underwriting procedures.

**Date of Survey :** March 18, 2003

**Owner of the vessel :** Efren Pagan

**Name of Vessel :** " PALUAN "

**Vessel Builder :** Sea Ray Boats. TN , USA.

**Year :** 2000

**LOA :** 38'

**Beam :** 13'

**Draft :** 32"

**Light ship weight :** 18,300 #

**Intended Service :** Recreation

**Registration :** N/A

**Hull Number :** SERF7555G900




**General Description :**

2000 Sea Ray 380 , Sundancer, Cabin cruiser, all Fiberglass Reinforced Plastic constructed , Deep-V hull configured , off white original gel coat hull & deck . Vessel is propelled by (2) Inboards Turbo Diesels Engines . Vessel exhibiting a general as new Condition.

Page 1 of 5

**EDGARDO J JIMENEZ
MARINE SURVEYOR**

M/V "PALUAN "
Hull # SERF7555G900

**through hull penetrations :**
seacocks marine grade with emergency ball valves where found clean and operable and double clamped.

**Surveyor Notes and Valuation :**

This Vessel was found well preserved, with a good maintenance program , the physical condition overall was found to be as new . Valuation reflects consideration of Book values, Replacement values fairly depreciated, condition and extra equipment. Provisions of the Uniform Standards of Professional Appraisal Practices were observed. This Report is not a Pre-purchase Evaluation.

**Estimated Actual Value : $280, 000.00
Estimated Replacement : $360, 000.00**

No seatrial was conducted nor requested, the use of this report is limited to financial and insurance evaluation.

The above report is an statement of opinion signed and submitted without prejudice to the rights and or interest of whom may it concern .

Edgardo J Jimenez CMS-NAMS
**Certified Marine Surveyor**
March 20, 2003

E. J. JIMENEZ
No.
154-728

Fa?
...ones
...s ...mbre

DRNA-OCN-001-A
**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Departamento de Recursos Naturales y Ambientales
Oficina del Comisionado de Navegación

### CERTIFICADO DE NUMERACION

| NUMERO DE REGISTRO | SERIE CASCO |
|---|---|
| PR0707AC | SERF7555G900 |

NOMBRE DEL DUEÑO
JOSE ... ALI...
DIRECCION
PO BO...
SAN JUA...
MARCA ... ...RUCCION
Sea ... 2000
MARBETE ... ...ASCO
ESLORA ... ...BLE
38 DIESEL
USO PROPULSION
Placer INBOARD
NOMBRE DE LA EMBARCACION
ALESSANDRA
FIRMA_____



---

DRNA-OCN-001

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Departamento de Recursos Naturales y Ambientales
Oficina del Comisionado de Navegación

### SOLICITUD DE INSCRIPCION Y NUMERACION

| NUMERO DE REGISTRO | NUMERO DE CASCO | REGISTRO INACTIVO |
|---|---|---|
| PR0707AC | SERF7555G900 | |

NOMBRE DEL DUEÑO: JOSE A RAMOS ALICEA
SEGURO SOCIAL: XXX-XX-2167
DIRECCION: PO BOX 194770, SAN JUAN PR 00919-4575
TELÉFONO: 7877674575

RAZON PARA LA SOLICITUD: Renovacion
FABRICANTE: Sea Ray
AÑO DE CONSTRUCCIÓN: 2000
FECHA DE INSCRIPCION: 03-Jul-02
MARBETE:
MATERIAL DEL CASCO: PLASTICO
ESLORA: 38
COMBUSTIBLE: DIESEL
TOTAL DE DUEÑOS: 1
USO: Placer
PROPULSIÓN: INBOARD
NOMBRE DE LA EMBARCACION: ALESSANDRA
CLASIFICACION: A
LOCALIDAD USO PRINP.: Fajardo

NOMBRE DEL SOCIO ADMINISTRATIVO O EMPLEADO AUTORIZADO

### RELACION DE MULTAS ADMINISTRATIVAS

| BOLETO NUM. | FECHA | IMPORTE |
|---|---|---|
| 09-74020 | 25-Aug-09 | $800.00 |
| 09-69614 | 24-Mar-09 | $800.00 |
| 08-69766 | 04-Nov-08 | $800.00 |
| 08-52982 | 11-Mar-08 | $800.00 |
| 07-66611 | 27-Mar-07 | $800.00 |
| 07-67139 | 13-Feb-07 | $800.00 |

---

DECLARO DE CONFORMIDAD CON LAS PENALIDADES DISPUESTAS EN LA LEY 430 DEL 21 DE DICIEMBRE DE 2000, SEGUN ENMENDADA, QUE SOY EL DUEÑO DE LA EMBARCACION AQUI DESCRITA Y QUE LOS DETALLES QUE EN ESTA FORMA APARECEN SON CORRECTOS Y VERDADEROS.

I DECLARE UNDER THE PENALTIES PRESCRIBES IN ACT 430 OF DECEMBER 2000, AS SUBSEQUENTLY AMENDED THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF I OWN THE VESSEL DESCRIBED AND ALL MATTERS STATED HERE ARE TRUE AND CORRECT.

FIRMA DEL DUEÑO/DUEÑOS/PERSONA AUTORIZADA O SOCIO ADMINISTRADOR

CATEGORIA Y NUMERO DE IDENTIFICACION

**PARA USO DEL DRNA-OCN**
EXPIRACION julio 2006
RENOVACION julio 2010

SELLO OFICIAL | NOMBRE DEL EMPLEADO | CENTRO REGIONAL

**IMPORTE MULTA CIFRA 1150**
$ 4,800.00

**IMPORTE MARBETE CIFRA 1150**
$ 200.00

**PARA USO DEL DEPARTAMENTO DE HACIENDA**